# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLUE WILKINS,** | CIVIL ACTION NO. 1:18-CV-727 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **FRANCIS T. CHARDO, III,** | |
| Defendant | |

# **ORDER**

AND NOW, this 15th day of June, 2018, upon consideration of the docket in the above-captioned professional liability litigation commenced by *pro se* plaintiff Glue Wilkins ("Wilkins") against Dauphin County District Attorney Francis T. Chardo, III ("DA Chardo"), (see Doc. 1-42), and the court observing that DA Chardo has moved to dismiss Wilkins' amended complaint, (Doc. 3), and that Wilkins has answered DA Chardo's motion to dismiss with a bevy of miscellaneous motions (Docs. 4, 12-17, 22-23, 26-27) including, *inter alia*, a motion (Doc. 4) to deny DA Chardo's notice of removal, which the court construes as a motion to remand pursuant to 28 U.S.C. § 1447(c), but the court further observing that Wilkins has not filed a brief in support of said motions to date as required by the Local Rules of Court for the Middle District of Pennsylvania, see LOCAL RULE OF COURT 7.5, and that Wilkins filed an opposition (Doc. 9) to DA Chardo's motion to dismiss before DA Chardo filed his supporting brief (Doc. 25), and further upon consideration of DA Chardo's motion (Doc. 19) to postpone his response deadlines for Wilkins' miscellaneous motions, wherein DA Chardo requests that the court stay response deadlines for said motions pending disposition of DA Chardo's motion (Doc. 3) to

dismiss or Wilkins' motion (Doc. 4) to remand, and the court finding that resolving the pending motion to dismiss and motion to remand prior to resolution of Wilkins' additional miscellaneous motions is consistent with the dual interests of justice and judicial economy and will bring order to the docket in the above-captioned matter, is hereby ORDERED that:

1. DA Chardo's motion (Doc. 19) to stay his response deadlines to Wilkins' miscellaneous motions (Docs. 12-17, 22-23, 26-27) is GRANTED.

2. Wilkins may file a supplemental brief in opposition to DA Chardo's motion (Doc. 3) to dismiss on or before **Friday, July 6, 2018**. DA Chardo may file a reply to Wilkins' initial opposition brief and any supplemental brief filed in accordance with this order on or before **Friday, July 20, 2018**.

3. Wilkins shall file a brief in support of his motion (Doc. 4) to remand on or before **Friday, July 6, 2018** or Wilkins' motion (Doc. 4) shall be deemed withdrawn. See LOCAL RULE OF COURT 7.5. In the event Wilkins timely files a supporting brief, DA Chardo shall, on or before **Friday, July 20, 2018**, either elect to stand on his initial opposition brief (Doc. 8) or file a supplemental opposition brief. Wilkins may file a reply to DA Chardo's initial opposition brief and any supplemental brief filed in accordance with this order on or before **Friday, August 10, 2018**.

4. The court will strike any filings by Wilkins which are not expressly authorized by this order. The court will not entertain further requests for miscellaneous relief, including but not limited to motions for judicial notice, until such time as the court resolves the pending motions to dismiss and to remand and expressly authorizes additional motion practice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania