# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLUE WILKINS,** | : | CIVIL ACTION NO. 1:18-CV-727 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **FRANCIS T. CHARDO, III,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of November, 2018, upon consideration of the motion (Doc. 4) to remand filed by plaintiff Glue Wilkins ("Wilkins") and the motion (Doc. 3) to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Dauphin County District Attorney Francis T. Chardo, III ("DA Chardo"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Wilkins' motion (Doc. 4) to remand is DENIED.

2. DA Chardo's motion (Doc. 3) to dismiss is GRANTED. All claims in the amended complaint (Doc. 1-42) are DISMISSED. Leave to amend is denied.

3. Wilkins' remaining miscellaneous motions (Docs. 12-17, 22-23, 26-27, 32-34) are DISMISSED as moot.

4. The Clerk of Court is directed to CLOSE this case. The Clerk of Court is further directed to seal Document 2, as it contains personal identification information. See FED. R. CIV. P. 5.2(a).

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania